# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BRIAN M. CLAY, ADC #119898                          PLAINTIFF

v.                    NO. 2:16CV00027 JLH/BD

BRETT BUTLER                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Brett Butler on the claims of Brian M. Clay. Clay's complaint is DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 17th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE